UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

                             Chapter 13

ARTHUR MOY,                     Case No. 15-46844-PJS

BARBARA MOY,                Hon. Phillip J Shefferly

Debtor(s).

_____/

## DEBTOR'S PROPOSED PLAN MODIFICATION #1

NOW COMES the Debtor(s), Arthur and Barbara Moy, by and through their attorneys, Bruce A. Mayrand, P.L.C., and in support of their Proposed Plan Modification #1, shows unto this Honorable Court as follows:

1.  That on April 29, 2015, the Debtors filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

2.  That Debtors' plan was confirmed on or about September 15, 2015.

3.  That the Debtors' plan proposed monthly ACH payments in the amount of $2,786.00.

4.  That the Debtors' have timely made all payments required under the current plan.

5.  That throughout the plan the Debtors mortgage payment has increased.

6.  That the Debtors' propose to modify their plan where they will increase the monthly ACH payment and make one lump sum payment during the 60th month to cover the change in the monthly mortgage payment.

7.  That the Debtors propose to increase the monthly ACH to $3,400.00.

8.  That the Debtors propose to make a final lump sum payment in the 60th month for the balance remaining.

9.  That the Debtors request that the increased payment begin immediately.

10.  That Debtors modification will allow the case to run timely.

11.  That the proposed modification has no effect on creditors as treatment is not being altered and in all other respects, the Order Confirming Plan shall remain in full force and effect.

12.  That the Debtor's proposed to modify their plan pursuant to LBR 3015-2(b).

WHEREFORE, the Debtor(s) request that this Honorable Court grant their Proposed Plan Modification #1 allowing for an increase in the monthly ACH and a final lump sum payment.

By: /s/ *Bruce A. Mayrand*
BRUCE A. MAYRAND, JR. (P68687)
Attorney for Debtors
100 N. Pond Drive, Ste. A
Walled Lake, MI 48390
248-624-4120
bruce@mayrandlaw.com

Dated: February 26, 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

Chapter 13

ARTHUR MOY,                                                    Case No. 15-46844-PJS
BARBARA MOY,                                                   Hon. Phillip J Shefferly

Debtor(s).
_____/

## NOTICE OF DEADLINE TO OBJECT TO
## PROPOSED CHAPTER 13 PLAN MODIFICATION

The Debtor's, ARTHUR and BARBARA MOY have filed papers with the requesting that the Court modify their Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may want to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the motion, within twenty-one (21) days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position, at the United States Bankruptcy Court, 211 W. Fort St., Detroit, MI 48226.[1] If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Bruce A. Mayrand, 100 N. Pond Dr., Ste. A, Walled Lake, MI 48390.

Office of the Chapter 13 Trustee Krispen S. Carroll, 719 Griswold, Suite 1100 Detroit, MI 48226

2. If a response or answer is timely filed, the Clerk will schedule a hearing on the Notice of Proposed Chapter 13 Plan Modification and you will be served with a notice of the date, time and location of the hearing.

_____

[1]Response or answer must comply with F.R. Civ. P. 8(b),(c) and (e).

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in Motion and may enter an Order granting that relief.**

By: /s/ *Bruce A. Mayrand*
BRUCE A. MAYRAND, JR. (P68687)
Attorney for Debtors
100 N. Pond Drive, Ste. A
Walled Lake, MI 48390
248-624-4120
bruce@mayrandlaw.com

Dated: February 26, 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

Chapter 13

ARTHUR MOY,                                              Case No. 15-46844-PJS
BARBARA MOY,                                             Hon. Phillip J Shefferly

Debtor(s).
_____/

## **CERTIFICATE OF MAILING**

     BRUCE MAYRAND certifies that he is the attorney for the above-named Debtor(s) and that on February 26, 2018; he electronically filed the Notice Proposed Plan Modification, Debtors Proposed Plan Modification #1 through the ECF filing system and U.S. Mail to the following:

Trustee: Krispen S. Carroll: notice@det13ksc.com, ecfinfo@det13ksc.com

Creditors: All creditors on the Matrix

*/s/ Bruce A. Mayrand*